NO. 07-09-00288-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

APRIL 19, 2010

_____

ROBERT CHELLO GUZMAN, JR.,

Appellant

v.

THE STATE OF TEXAS,

Appellee

_____

FROM THE 251ST DISTRICT COURT OF RANDALL COUNTY;

NO. 20,344-C; HONORABLE ANA ESTEVEZ, PRESIDING

_____

***Memorandum Opinion***

_____

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Robert Chello Guzman, Jr., appeals his conviction for burglary of a habitation. The conviction was founded upon his guilty plea. He now contends that the judgment should be reversed because the trial court did not admonish him in conformance with art. 26.13(a) of the Texas Code of Criminal Procedure. The State agrees with both aspects of his contention. Accordingly, we reverse the judgment of the trial court and remand the cause for further proceedings.

Brian Quinn
Chief Justice

Do not publish.